389 A.2d 686

Commonwealth v. Wolfe, Appellant.

Submitted November 14, 1977.   Harry E. Knafelc, Assistant Public Defender, for appellant;  John Lee Brown, Jr., Assistant District Attorney, and Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 687

Commonwealth v. Young, Appellant.

Submitted March 14, 1977.   Clayton R. Wilcox, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.